UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMETRIUS MIXON,

           Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT, AND
OFFICERS JOHN DOES I-II,

           Defendants.

## ORDER

09 Civ. 7953 (PGG)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-18-09
```

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the December 14, 2009 initial conference in the above-captioned action is adjourned until **January 8, 2010 at 11:45 a.m.** in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       December 18, 2009

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge